**DISMISS; and Opinion Filed December 10, 2018.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00370-CV

### LEONEL LOZANO AND ROSA M. LOZANO, Appellants
### V.
### COLUMBIA MEDICAL CENTER OF PLANO SUBSIDIARY L.P. D/B/A
### THE MEDICAL CENTER OF PLANO, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04115-2016**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Brown

By order dated April 12, 2018, the Court abated this appeal due to the bankruptcy filing

of appellants.  Before the Court is appellee's unopposed motion to reinstate the appeal and to

consider and grant appellants' motion to dismiss the appeal filed while the appeal was abated.

Attached to the motion is the order of discharge from the bankruptcy court.  We grant the motion

and **REINSTATE** this appeal.  *See* TEX. R. APP. P. 8.3(a).

Before the Court is appellants' motion to dismiss the appeal. Appellants state they no longer wish to pursue this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Ada Brown/
ADA BROWN
JUSTICE

180370F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LEONEL LOZANO AND ROSA M.
LOZANO, Appellants

No. 05-18-00370-CV          V.

COLUMBIA MEDICAL CENTER OF
PLANO SUBSIDIARY L.P. D/B/A THE
MEDICAL CENTER OF PLANO, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-04115-2016.
Opinion delivered by Justice Brown. Justices
Bridges and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee COLUMBIA MEDICAL CENTER OF PLANO
SUBSIDIARY L.P. D/B/A THE MEDICAL CENTER OF PLANO recover its costs of this
appeal from appellants LEONEL LOZANO AND ROSA M. LOZANO.

Judgment entered this 10th day of December, 2018.